FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0114

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0114

| | |
|---|---|
| TAMARA BARNHART,<br><br>    Petitioner / Appellee<br><br>vs.<br><br>MONTANA STATE FUND,<br><br>    Respondent / Appellant. | **GRANT OF EXTENSION** |

Appellant, Montana State Fund, has moved the Court, pursuant to Montana Rules of Appellate Procedure 26(1), for an extension of time to file its Opening Brief, currently due on May 9, 2022. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Montana State Fund has up to and including June 9, 2022, in which to file its Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 4 2022